785 A.2d 422

IN THE MATTER OF ANTHONY BAIAMONTE,
III, AN ATTORNEY AT LAW.

December 5, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–327, concluding that **ANTHONY BAIAMONTE, III,** of **TOMS RIVER,** who was admitted to the bar of this State in 1990, should be reprimanded for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), *RPC* 1.16(d) (failure to turn over client's file after termination of representation) and *RPC* 3.2 (failure to expedite litigation), and good cause appearing;

It is ORDERED that **ANTHONY BAIAMONTE, III,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.